RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Julien Alcantar Castro

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00189-GMN-DJA-1 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| JULIEN ALCANTAR CASTRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Julien Alcantar Castro, that the Sentencing Hearing currently scheduled on October 11, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Defense Counsel needs additional time to meet with Mr. Castro to prepare for his sentencing hearing.

2.     The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

1    This is the first request for a continuance of the sentencing hearing.

2    DATED this 2nd day of October, 2023.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

5

6
     By /s/ Jawara Griffin                 By /s/ Robert Knief
7    JAWARA GRIFFIN                        ROBERT KNIEF
     Assistant Federal Public Defender     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00189-GMN-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JULIEN ALCANTAR CASTRO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, October 11, 2023 at 9:00 a.m., be vacated and continued to December 12, 2023 at the hour of 11:00 a.m.

DATED this  5  day of October, 2023.

_____

UNITED STATES DISTRICT JUDGE

3