RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Julien Alcantar Castro

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JULIEN ALCANTAR CASTRO,<br><br>            Defendant. | Case No. 2:22-cr-00189-GMN-DJA-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Julien Alcantar Castro, that the Sentencing Hearing currently scheduled on January 31, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense Counsel is newly appointed to the case and needs additional time to prepare for the sentencing hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 23rd day of January 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Keisha K. Matthews<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIEN ALCANTAR CASTRO,<br><br>　　　　Defendant. | Case No. 2:22-cr-00189-GMN-DJA-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, January 31, 2024 at 9:00 a.m., be vacated and continued to March 12, 2024 at the hour of 11:00 a.m.

　　DATED this 23 day of January 2024.

_____
UNITED STATES DISTRICT JUDGE