**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Julien Alcantar Castro,<br>Defendant. | Case No. 2:22-cr-00189-GMN-DJA-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing scheduled for November 9, 2026, at 9:30 a.m., be vacated and continued to December 9, 2026, at the hour of 10:00 a.m.

DATED this 2 day of November, 2026.

UNITED STATES DISTRICT JUDGE